MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WA BAR #32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
FRANCO L. BECIA, WA BAR #26823
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114
Fax: (206) 615-2531
Email: Franco.L.Becia@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (FRESNO)

| | |
|---|---|
| EVELIA VAZQUEZ DE GOVEA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 1:25-cv-00127-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 11)** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) to take any necessary action to complete the administrative record, offer Plaintiff an opportunity for a hearing, reevaluate the medical opinion evidence of record, reevaluate

Stip. for Remand, Order and Judgment; 1:25-CV-00127-SKO

1

Plaintiff's RFC, continue through the sequential evaluation process, to include obtaining vocational evidence, as necessary, and issue a new decision.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 1, 2025        /s/ *Jonathan Omar Pena**
                            (*as authorized via e-mail on 4/1/2025)
                            Jonathan Omar Pena
                            Attorney for Plaintiff

Dated: April 1, 2025        MICHELE BECKWITH
                            Acting United States Attorney
                            MATHEW W. PILE
                            Associate General Counsel
                            Social Security Administration

                    By:     /s/ *Franco L. Becia*
                            Franco L. Becia
                            Special Assistant U.S. Attorney
                            Attorneys for Defendant

## ORDER

Based upon the parties' foregoing Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 11), and for cause shown,

Stip. for Remand, Order and Judgment; 1:25-CV-00127-SKO

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:  **April 2, 2025**                          /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

Stip. for Remand, Order and Judgment; 1:25-CV-00127-SKO